## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Anthony Romero, Jr

                                        Plaintiff,

v.                                                                              Case No.: 1:15−cv−02305

                                                                                Honorable Milton I. Shadur

New China Express, Inc., et al.

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 1, 2015:

        MINUTE entry before the Honorable Milton I. Shadur: Status hearing held. This case is dismissed without prejudice with leave to reinstate or enforce settlement agreement by 6/29/2015. If no motion is filed, on 6/30/2015 this dismissal will convert to a dismissal with prejudice without further order of court.Mailed notice(clw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.